IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN

KRAIG S. IVIE, an individual,

    Plaintiff,

v

DIVERSIFIED LENDING GROUP, INC., a
California corporation, and JACKSON
NATIONAL LIFE INSURANCE CO., a
Michigan corporation,

    Defendants.

Case No. 1:09-cv-751

Hon. Gordon J. Quist

| | |
|---|---|
| Heather A. Bell (P66451) | Scott L. Mandel (P33453) |
| Sara E.D. Fazio (P62046) | Richard C. Kraus (P27553) |
| Sean P. Fitzgerald (P60654) | Foster, Swift, Collins & Smith, P.C. |
| Kreis, Enderle, Hudgins & Borsos, P.C. | Attorneys for Defendant Jackson National |
| Attorneys for Plaintiff |   Life Insurance Co. |
| 171 Monroe Ave., N.W., Suite 900B | 313 S. Washington Square |
| Grand Rapids, MI  49503 | Lansing, MI  48933 |
| (616) 254-8400 | (517) 371-8185 |

**DEFENDANT JACKSON NATIONAL LIFE INSURANCE COMPANY'S
MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY
<u>IN SUPPORT OF ITS MOTION TO STAY</u>**

Defendant Jackson National Life Insurance Company ("Jackson") moves for leave to file supplemental authority in support of its Motion to Stay Proceedings Pending a Decision of the Judicial Panel on Multidistrict Litigation.

Leave to file is requested so that Jackson can inform this Court regarding a recent Order entered by the United States District Court for the Middle District of Florida in the related case of *Mirfield v. Jackson Nat'l Life Ins. Co.*, No. 09-01905 (M.D. Fla.), a copy of which Order is attached hereto as Exhibit A.  On June 1, 2010, over the plaintiff's objection, the District Court

BE01/ 709492.1

in *Mirfield* granted Jackson's motion to stay. Jackson believes that the decision by the District Court in *Mirfield* may be helpful to this Court in deciding the pending motion to stay.

                        Respectfully submitted,

                        FOSTER, SWIFT, COLLINS & SMITH, P.C.
Attorneys for Defendant Jackson National Life Insurance Company

By:    s/ Scott L. Mandel_____
        Scott L. Mandel (P33453)

        s/ Richard C. Kraus_____
        Richard C. Kraus (P27553)

        313 South Washington Square
Lansing, Michigan 48933
(517) 371-8185
smandel@fosterswift.com

June 1, 2010

FOSTER SWIFT COLLINS & SMITH PC || ATTORNEYS

**CERTIFICATE OF SERVICE**

     I hereby certify that I electronically filed the foregoing paper with the Clerk of the Court using the ECF system and that such papers were served by ECF upon the parties of record.

June 1, 2010	                              s/ Richard C. Kraus  
                                                Richard C. Kraus (P27553)  
                                                313 South Washington Square  
                                                Lansing, Michigan 48933  
                                                (517) 371-8104  
                                                rkraus@fosterswift.com  
                                                Attorneys for Defendant Jackson National  
                                                Life Insurance Company

FOSTER SWIFT COLLINS & SMITH PC || ATTORNEYS